WILLIAM L. MARDER, ESQ. (CBN 170131)
**PAXTON ♦ O'BRIEN LLP**
Attorneys At Law
350 Fifth Street
Hollister, CA 95023
(831) 637-5521

*ORDER E-FILED 3/31/06*

Attorneys for Plaintiffs Michael Pekin and Amanda Hernandez,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL PEKIN and AMANDA HERNANDEZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN BENITO, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: C05 05402 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that:

(1) The Court has scheduled a Case Management Conference for April 25, 2006.

(2) Plaintiffs' counsel, William L. Marder, is scheduled to begin a trial in San Benito County on April 24, 2006.

(3) The parties hereby stipulate the case management conference may be moved to **April 18, 2006, at 1:30 p.m**.

---

STIPULATION AND [PROPOSED] ORDER RE POSTPONING CASE MANAGEMENT CONFERENCE

1

P:\PO LLP\Bill\Pekin\stip and order re cmc.doc

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 3/28/06 | Rankin, Landsness, Lahde, Serverian & Stock |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Micheal C. Serverian, Esq. |
| 6 | | Attorneys for Defendants |
| 7 | | |
| 8 | Dated: 3/28/06 | PAXTON ♦ O'BRIEN LLP |
| 9 | | |
| 10 | | By: _____ |
| 11 | | William L. Marder |
| 12 | | Attorneys for Plaintiffs |

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: March 31, 2006

_____
UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD

STIPULATION AND [PROPOSED] ORDER RE POSTPONING CASE MANAGEMENT CONFERENCE

2