MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

*E-FILED ON 8/10/06*

Attorneys for Defendant
COUNTY OF SAN BENITO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL PEKIN and AMANDA HERNANDEZ,<br><br>       Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BENITO, and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No. C05 05402 HRL<br><br>**STIPULATION AND ORDER CONTINUING EARLY NEUTRAL EVALUATION HEARING**<br><br>**Current ENE Hearing: August 11, 2006** |

THE PARTIES HEREBY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD, TO THE FOLLOWING:

1. Defendant COUNTY OF SAN BENITO's Motion to Dismiss First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) was heard on July 18, 2006.  As the Court's decision has not yet been submitted, the parties hereby stipulate that the Early Neutral Evaluation Hearing set for August 11, 2006, be continued, and that the parties have until _____ to hold the ENE session. .

Dated: _____, 2006         POLARIS LAW GROUP


                                 By: /s/William L. Marder
                                     WILLIAM L. MARDER
                                     Attorney for Plaintiff

1
Stipulation and Order Continuing Early Neutral Evaluation Hearing

| | | |
|---|---|---|
| 1 | Dated: August 3, 2006 | RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK |

By: /s/ Michael C. Serverian
MICHAEL C. SERVERIAN
Attorneys for Defendants

## ORDER

THE PARTIES HAVING STIPULATED, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. The Early Evaluation in this matter shall be continued until **September 5** 2006. [deadline for completing the inserted as edit]

DATED: **August 10, 2006**   _____
MAGISTRATE JUDGE HOWARD R. LLOYD