**\*E-FILED ON 11/3/06\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL PEKIN and AMANDA HERNANDEZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN BENITO and DOES 1-10, inclusive,<br><br>    Defendants. | No. C05-05402 HRL<br><br>**ORDER DENYING STIPULATED REQUEST FOR AN ORDER SHORTENING TIME**<br><br>**[Re: Docket No. 52]** |

The parties jointly request an order shortening time to November 21, 2006 for a hearing on plaintiffs' "Motion to Amend Complaint." The court is not available for a hearing on that date, and the request for an expedited hearing is denied. In any event, based upon plaintiffs' representations, it does not appear that they will be seriously prejudiced if the matter remains set for hearing, as originally noticed, on December 5, 2006. Briefing shall proceed in accordance with the court's Civil Local Rules.

Dated:   November 3, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-5402 Notice will be electronically mailed to:**

William L Marder bill@polarislawgroup.com

Michael C. Serverian mserverian@rllss.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.