WILLIAM L. MARDER, ESQ. (CBN 170131)
**POLARIS LAW GROUP LLP**
Attorneys At Law
501 San Benito Street, Suite 200
Hollister, CA 95023
(831) 531-4214

*E-FILED:  5/15/2007*

Attorneys for Plaintiffs Michael Pekin, Amanda Hernandez, and Patrick Pekin

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL PEKIN, AMANDA HERNANDEZ, and PATRICK PEKIN

                Plaintiffs,

        v.

COUNTY OF SAN BENITO, and DOES 1 through 10, inclusive,

                Defendants.

Case No.:  C05 05402 HRL

**STIPULATION AND [PROPOSED] ORDER RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**(AS MODIFIED BY THE COURT)**

Whereas, the last day for hearing on dispositive motions is currently July 3, 2007.

Whereas, defendant intends to file a motion for summary judgment.

Whereas, plaintiff's counsel, William Marder, will be out of the country from May 18 to May 29, 2007.

Whereas, because of the size and complexity of the case, plaintiff's counsel would prefer additional time to prepare his opposition.

1

**STIPULATION AND [PROPOSED] ORDER RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

U:\Bill\Pekin\stip and order re motion for summary judgment.doc

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that:

(1) Defendant may file its motion for summary judgment on or before June 1, 2007.

(2) Defendant's motion for summary judgment shall be heard on July 17, 2007 at 10:00 a.m.


Rankin, Landsness, Lahde, Serverian & Stock

Dated:  May 10, 2007          _____/s/ Michael C. Serverian_____
                              Micheal C. Serverian, Esq.
                              Attorneys for Defendants


POLARIS LAW GROUP LLP

Dated:  May 10, 2007          _____/s/ William L. Marder_____
                              William L. Marder
                              Attorneys for Plaintiffs


### ~~PROPOSED~~ ORDER

(1) Defendant ~~may~~ **shall** file its motion for summary judgment on or before June 1, 2007.

(2) Defendant's motion for summary judgment shall be heard on July 17, 2007 at 10:00 a.m.

**(3) Briefing on defendant's motion shall otherwise proceed in accordance with the court's Civil Local Rules.**

Dated:  **May 15, 2007**       _____
                              UNITED STATES MAGISTRATE JUDGE
                              HOWARD R. LLOYD

2

**STIPULATION AND ~~PROPOSED~~ ORDER RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

U:\Bill\Pekin\stip and order re motion for summary judgment.doc