**United States District Court**
For the Northern District of California

**\*E-FILED:  6/1/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL PEKIN, AMANDA HERNANDEZ and PATRICK PEKIN,<br><br>                Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN BENITO and DOES 1 through 10, inclusive,<br><br>                Defendants.<br>_____/ | No. C05-05402 HRL<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO EXCEED PAGE LIMITATIONS**<br><br>**[Re: Docket No. 63]** |

Defendant County of San Benito ("County") seeks leave to file a summary judgment motion exceeding twenty-five pages in length.  Upon consideration of the papers presented, and based on the County's representation that the request is unopposed, the request is GRANTED as follows:

      1.     The County's summary judgment motion shall not exceed thirty-five pages of text;

      2.     Plaintiffs' opposition shall not exceed thirty-five pages of text;

      3.     The County's reply shall not exceed twenty pages of text; and

      4.     Briefing shall otherwise proceed as set forth in the May 15, 2007 Stipulation and Order re Defendant's Motion for Summary Judgment (Docket No. 62).

1          IT IS SO ORDERED.

2     Dated:    June 1, 2007

3                                                    _____

4                                                    HOWARD R. LLOYD
                                                     UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

1

**5:05-cv-5402 Notice will be electronically mailed to:**

2

William L Marder bill@polarislawgroup.com

3

Michael C. Serverian mserverian@rllss.com,

4

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California