**\*E-FILED: 8.15.2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL PEKIN, AMANDA HERNANDEZ and PATRICK PEKIN, <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF SAN BENITO and DOES 1 through 10, inclusive, <br><br> Defendants. | No. C05-05402 HRL <br><br> **ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |

Because the court is not yet prepared to rule on defendant's motion for summary judgment, under submission, the current dates for the pretrial conference (September 4, 2007) and the trial (September 10, 2007) are vacated.

IT IS SO ORDERED.

Dated:   August 15, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-5402 Notice will be electronically mailed to:**

William L Marder bill@polarislawgroup.com

Michael C. Serverian mserverian@rllss.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.